IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ERICSSON, INC., TELEFONAKTIEBOLAGET LM ERICSSON,<br><br>*Plaintiffs*,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>*Defendants*. | § § § § § § § § § § § § § § § § CIVIL ACTION NO. 2:21-CV-00010-JRG |

# ORDER

Before the Court is the Joint Motion for Stay of Proceedings (Dkt. No. 20) filed by Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (the "Motion"). In the Motion, Defendants request a stay of proceedings because the International Trade Commission ("ITC") has instituted an investigation regarding eight of the twelve patents-in-suit. Defendants note that a stay as to those eight patents is mandatory under 28 U.S.C. § 1659 and that the parties have met and conferred and jointly request a discretionary stay as to the remaining four patents.

Having considered the motion, and noting the mandatory nature of the stay as to the eight patent on which the ITC has instituted investigation and the parties' mutual agreement as to the remaining four patents, the Court finds that the Motion should be and hereby is **GRANTED**. Accordingly, all proceedings in the above-captioned case are **STAYED** pending resolution of the

ITC investigation.  The relief requested in Defendants' Second Joint Motion for Leave to Extend Local Patent Rule 3-1 and 3-4 Deadlines (Dkt. No. 21) is **DENIED AS MOOT**.

**So ORDERED and SIGNED this 9th day of March, 2021.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE