IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ERICSSON INC., TELEFONAKTIEBOLAGET LM ERICCSON, ERICSSON AB, | § § § § | |
| *Plaintiffs*, | § § § | |
| v. | § § | CIVIL ACTION NO. 2:21-CV-00010-JRG |
| SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., | § § § § § | |
| *Defendants*. | § § | |

# ORDER

Before the Court is the parties' Joint Motion to Dismiss Pursuant to Rule 41(A)(2) (Dkt. No. 26) (the "Motion"). In the Motion, Plaintiffs Ericsson Inc. and Telefonaktiebolaget LM Ericsson ("Ericsson") and Defendants Samsung Electronics Co., LTD., and Samsung Electronics America, Inc., ("Samsung") request that the Court dismiss with prejudice of all of Ericsson's patent infringement claims, to the dismissal with prejudice of all of Samsung's patent infringement counterclaims, and to the dismissal without prejudice of all other claims and counterclaims pursuant to Federal Rule of Civil Procedure 41(a)(2).

Having considered the Motion, and noting its joint nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that all of Ericsson's patent infringement claims and all of Samsung's patent infringement counterclaims are **DISMISSED WITH PREJUDICE**, and all other claims and counterclaims in the above-captioned case are **DISMISSED WITHOUT PREJUDICE**. Each party to bear its own costs, expenses, and legal

fees.  The Clerk of Court is directed to **CLOSE** the above-captioned action as no parties or claims remain.

    **So ORDERED and SIGNED this 2nd day of June, 2021.**

 

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE